BOEHM, Justice,
concurring in part and dissenting in part.
For the reasons set forth in my dissenting opinion in the original disposition of this appeal, State v. Azania, 865 N.E.2d 994, 1010-1013 (Ind.2007), I would grant Azania’s petition for rehearing.
Because a majority has determined that a new penalty phase should be conducted, I express my views on the procedural issues addressed by the majority. I agree that the 2002 amendments to the death penalty statute apply to the penalty phase, and that life without parole is not an available punishment for a crime committed before 1993. My views on the relationship between judge and jury under the 2002 death penalty amendments are set forth in my separate concurring opinion in Helsley v. State, 809 N.E.2d 292, 305-08 (Ind. 2004).